JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL FUENTES, | Case No. 2:22-cv-05016-RGK-JPRx |
| Plaintiff(s), | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| vs. | |
| CITY OF LOS ANGELES, et al., | |
| Defendant(s). | |

On October 27, 2022, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution ("OSC") [9], which ordered plaintiff to file proofs of service of the summons and complaint on all defendants or respond to the Order to Show Cause in writing on or before November 2, 2022. Plaintiff timely filed his written response on November 2, 2022. However, plaintiff has failed to show good cause as to why this Court should not dismiss this action. Accordingly, the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: November 3, 2022

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE